OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Arthur G. Connolly, III**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Donald F. Parsons, Jr.**
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   George E. Fulhorst v. United Technologies Automotive Inc.
      CA 96-577 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

## Redacted Version of Docket Sheet

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:96-cv-00577-JJF
## Internal Use Only

Fulhorst v. United Tech Auto, et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 11/27/1996
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**George E. Fulhorst**
*doing business as*
Saf-T-Net USA

represented by **Arthur G. Connolly, III**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
*TERMINATED: 01/08/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur G. Connolly, Jr.**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*TERMINATED: 06/18/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391

        Wilmington, DE 19899-0391
        (302) 571-6600
        Email: jingersoll@ycst.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United Technoligies Automotive Inc**   represented by**Donald F. Parsons, Jr.**
        Delaware Court of Chancery
        500 N. King Street
        Wilmington, DE 19801
        (302) 577-2444
        *TERMINATED: 10/14/2003*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jack B. Blumenfeld**
        Morris, Nichols, Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        Email: jbbefiling@mnat.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**United Technoligies Automotive Inc**   represented by**Donald F. Parsons, Jr.**
        (See above for address)
        *TERMINATED: 10/14/2003*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jack B. Blumenfeld**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**United Technoligies Automotive Inc**    represented by **Donald F. Parsons, Jr.**
(See above for address)
TERMINATED: 10/14/2003
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Jack B. Blumenfeld**
(See above for address)
ATTORNEY TO BE NOTICED

V.

**Counter Defendant**

**George E. Fulhorst**    represented by **Arthur G. Connolly, III**
*doing business as*
Saf-T-Net USA
(See above for address)
TERMINATED: 01/08/1997
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Arthur G. Connolly, Jr.**
(See above for address)
TERMINATED: 06/18/1999
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Josy W. Ingersoll**
(See above for address)
ATTORNEY TO BE NOTICED

**Counter Defendant**

**George E. Fulhorst**    represented by **Arthur G. Connolly, III**
*doing business as*
Saf-T-Net USA
(See above for address)
TERMINATED: 01/08/1997
LEAD ATTORNEY

*ATTORNEY TO BE NOTICED*

**Arthur G. Connolly, Jr.**
(See above for address)
*TERMINATED: 06/18/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Teri J. Persson**                    represented by **Diane M. Willette**
                                        Casarino, Christman & Shalk, P.A.
                                        800 North King Street
                                        P.O. Box 1276
                                        Wilmington, DE 19899
                                        (302) 594-4500
                                        *LEAD ATTORNEY*

**Counter Claimant**

**United Technoligies Automotive Inc**    represented by **Donald F. Parsons, Jr.**
                                        (See above for address)
                                        *TERMINATED: 10/14/2003*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Jack B. Blumenfeld**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**George E. Fulhorst**                    represented by **Arthur G. Connolly, III**

*doing business as*
Saf-T-Net USA

(See above for address)
*TERMINATED: 01/08/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur G. Connolly, Jr.**
(See above for address)
*TERMINATED: 06/18/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**United Technoligies Automotive Inc**     represented by **Donald F. Parsons, Jr.**
(See above for address)
*TERMINATED: 10/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**George E. Fulhorst**     represented by **Arthur G. Connolly, III**
*doing business as*     (See above for address)
Saf-T-Net USA     *TERMINATED: 01/08/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur G. Connolly, Jr.**
(See above for address)
*TERMINATED: 06/18/1999*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Josy W. Ingersoll**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**American Honda Motor Co., Inc.**          represented by **Philip A. Rovner**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: provner@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*TERMINATED: 07/28/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**Ford Motor Company**          represented by **Donald F. Parsons, Jr.**
(See above for address)
*TERMINATED: 10/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**General Motors Corp.**          represented by **Richard K. Herrmann**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: rherrmann@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ford Motor Company**          represented by **Donald F. Parsons, Jr.**
(See above for address)
*TERMINATED: 10/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**George E. Fulhorst**          represented by **Arthur G. Connolly, III**
*doing business as*          (See above for address)
Saf-T-Net USA          *TERMINATED: 01/08/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur G. Connolly, Jr.**
(See above for address)
*TERMINATED: 06/18/1999*

                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Josy W. Ingersoll**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**General Motors Corp.**                    represented by**Richard K. Herrmann**
                                                            (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**George E. Fulhorst**                      represented by**Arthur G. Connolly, III**
*doing business as*                                    (See above for address)
Saf-T-Net USA                                        *TERMINATED: 01/08/1997*
                                                              *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Arthur G. Connolly, Jr.**
                                                             (See above for address)
                                                            *TERMINATED: 06/18/1999*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                             **Josy W. Ingersoll**
                                                             (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/1998 | 146 | Letter to the Clerk of the Court dated 6/3/98 by Arthur G. Connolly, Jr., Esq. RE: Substitution of sealed exhibits for deposition transcripts of Messrs. Adkins & Frantz. (sm) (Entered: 06/08/1998 |

| 06/03/1998 | 147 | Exhibit D to Declaration of Gregory M. Luck (D.I. 143) (SEALED) (sm) (Entered: 06/08/1998) |
|---|---|---|
| 06/03/1998 | 148 | Exhibit E to Declaration of Gregory M. Luck (D.I. 143) (SEALED) (sm) (Entered: 06/08/1998) |
| 01/27/1999 | 224 | Letter to the Court dated 1/27/99 by William J. Marsden, Jr., Esq. (SEALED) (sm) (Entered: 01/28/1999) |
| 02/02/1999 | 231 | Letter to the Court dated 2/2/99 by William J. Marsden, Jr., Esq. (SEALED) (sm) (Entered: 02/02/1999) |
| 03/03/1999 | 241 | Declaration of Gregory M. Luck (SEALED) (sm) (Entered: 03/05/1999) |
| 03/17/1999 | 244 | Letter to the Court dated 3/17/99 by Donald F. Parsons, Jr., Esq. (SEALED) (sm) (Entered: 03/18/1999) |
| 03/18/1999 | 249 | RESPONSE by General Motors Corp. in opposition to [240-1] Plaintiff's Discovery Report #4 (SEALED) (sm) (Entered: 03/18/1999) |
| 03/18/1999 | 252 | RESPONSE by American Honda Motor in opposition to [240-1] Plaintiff's Discovery Report #4 (SEALED) (sm) (Entered: 03/18/1999) |
| 03/18/1999 | 253 | Declaration of Neer Gupta (SEALED) (sm) (Entered: 03/18/1999) |
| 04/13/1999 | 259 | Plaintiff's Proposed Discovery Order #2 (SEALED) (sm) (Entered: 04/14/1999) |
| 11/02/1999 | 284 | Letter to the Court dated 11/2/99 by John W. Shaw, Esq. (SEALED) (sm) (Entered: 11/03/1999) |
| 11/03/1999 | 288 | Letter to the Court dated 11/3/99 by John W. Shaw, Esq. (SEALED) (sm) (Entered: 11/04/1999) |
| 11/05/1999 | 291 | Letter to the Court dated 11/5/99 by Philip A. Rovner, Esq. (SEALED) (sm) (Entered: 11/05/1999) |
| 01/31/2001 | 322 | MOTION & ACCOMPANYING BRIEF by American Honda Motor with Proposed Order for Clarification And/Or Reconsideration of [320-1] order Answer Brief due 2/14/01 re: [322-1] motion (SEALED) (sm) (Entered: 02/06/2001) |
| 02/13/2001 | 324 | REPLY Filed by American Honda Motor [322-1] motion for Clarification And/Or Reconsideration of [320-1] order (SEALED) (sm) (Entered: 02/14/2001) |
| 04/24/2001 | 334 | JOINT OPPOSITION Filed by United Tech Auto, American Honda Motor, Ford Motor Company, General Motors Corp. [332-1] motion to Compel Discovery - Reply Brief due 5/1/01 (SEALED) (sm) (Entered: 04/26/2001) |