OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

8/3/05

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

    RE:    **Fulhorst v. United Tech Auto, et al**
             CA 96-577 JJF

Dear Counsel:

Pursuant to the Order entered on 7/7/05 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:    284 and 288.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Beth Dunc_

I hereby acknowledge receipt of the above mentioned documents on _8/3_.

_Patrick Boyer_
Signature